THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
California Bar No. 141489
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6880
    Fax No.: (213) 894-7819
    Joanne.Osinoff@usdoj.gov

Attorney for Defendants

**MADE JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMRINDER SINGH,<br><br>    Plaintiff,<br><br>    v.<br><br>EMILIO T. GONZALEZ, DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; ROBERT S. MUELLER III, DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION,<br><br>    Defendants. | No. CV 07-07526 GW (PLAx)<br><br><u>ORDER DISMISSING ACTION</u> |

    Upon consideration of the Stipulation of the parties, IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety. Each party to bear its own costs, fees and expenses.

Dated: March 25, 2008

_____
HONORABLE GEORGE WU
UNITED STATES DISTRICT JUDGE